IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WARD, ) | No. C 06-5365 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER OF DISMISSAL** |
| ) | |
| v. ) | |
| ) | |
| CITY OF SAN JOSE, et al., ) | (Docket Nos. 3) |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff, a California prisoner proceeding pro se, file the above-titled civil rights complaint on August 31, 2006. That same date, the Court notified plaintiff in writing that the action was deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-approved in forma pauperis ("IFP") application. In said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, including a trust account statement showing transactions for the preceding six months and a certificate of funds form signed by an institution official, within thirty days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a return envelope. On September 15, 2006, the Court received an IFP application from plaintiff, but not a trust account statement or a completed and signed certificate of funds form, contrary to the Court's instructions.

1 As more than thirty days have passed since the deficiency notice and plaintiff has
2 not completed the IFP application or paid the filing fee, the above-titled action is hereby
3 DISMISSED without prejudice.
4 The incomplete application to proceed in forma pauperis is hereby DENIED.
5 This order terminates Docket No. 3.
6 The Clerk shall close the file.
7 IT IS SO ORDERED.
8 DATED: January 3, 2007

MAXINE M. CHESNEY
United States District Judge